{¶ 1} The decision of the Board of Tax Appeals is vacated, and the cause is remanded for further proceedings in light of *Ginter v. Auglaize Cty. Bd. of Revision*, 143 Ohio St.3d 340, 2015-Ohio-2571, 37 N.E.3d 1207.

Decision vacated<br>and cause remanded.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

---

Rich & Gillis Law Group, L.L.C., Kelly A. Gorry, and James R. Gorry, for appellants.

---

CHIOW, APPELLEE, *v.* WOOD COUNTY BOARD OF REVISION ET AL., APPELLANTS.

## [Cite as *Chiow v. Wood Cty. Bd. of Revision*, 144 Ohio St.3d 126, 2015-Ohio-3823.]

(No. 2013–1827—Submitted September 18, 2014—Decided September 23, 2015.)

---

**Per Curiam.**

{¶ 1} The decision of the Board of Tax Appeals is vacated, and the cause is remanded for further proceedings in light of *Ginter v. Auglaize Cty. Bd. of Revision*, 143 Ohio St.3d 340, 2015-Ohio-2571, 37 N.E.3d 1207.

Decision vacated<br>and cause remanded.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Rich & Gillis Law Group, L.L.C., Kelly A. Gorry, and James R. Gorry, for appellants.

QUEEN ET AL., APPELLEES, *v.* WOOD COUNTY
BOARD OF REVISION ET AL., APPELLANTS.

[Cite as *Queen v. Wood Cty. Bd. of Revision,*
144 Ohio St.3d 127, 2015-Ohio-3821.]

(No. 2013–1828—Submitted September 18, 2014—Decided September 23, 2015.)

**Per Curiam.**

{¶ 1} The decision of the Board of Tax Appeals is vacated, and the cause is remanded for further proceedings in light of *Ginter v. Auglaize Cty. Bd. of Revision,* 143 Ohio St.3d 340, 2015-Ohio-2571, 37 N.E.3d 1207.

Decision vacated
and cause remanded.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Rich & Gillis Law Group, L.L.C., Kelly A. Gorry, and James R. Gorry, for appellants.

THE STATE OF OHIO, APPELLANT, *v.* BLACK, APPELLEE.

[Cite as *State v. Black,* 144 Ohio St.3d 127, 2015-Ohio-3925.]